A0 241                                                                                                Page 2
(Rev. 01/15)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Southern District, Eastern Division |
|---|---|
| Name (under which you were convicted): Amado Herrera-Reyes | Docket or Case No.: 2 26 CV 0585 |
| Place of Confinement: Noble Correctional Institution, 15708 McConnelsville Road Caldwell, Ohio 43724 | Prisoner No: A810-754 |
| Petitioner (include the name under which you were convicted): | Respondent (Authorized person having custody of petitioner) |
| Amado Herrera-Reyes v. Warden, Noble Correctional Institution | |
| The Attorney General of the State of: Ohio: David Yost | JUDGE COLE |

MAGISTRATE JUDGE LITKOVITZ

### PETITION

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

Ashland County Common Pleas Court
142 West 2nd Street
Ashland, Ohio 44805-2101

(b) Criminal docket or case number (if you know): 23-CRI-043

2.    (a) Date of the judgment of conviction: (if you know): February 15th, 2024

3.    Length of sentence:  21 ½ years minimum to 30 years maximum

4.    In this case, were you convicted on more than one count or more than one crime?    ☒ Yes   ☐ No

5.    Identify all crimes of which you were convicted and sentenced in this case: Gross Sexual Imposition, Pandering Obscenity Involving a Minor or Impaired Person, Illegal Use of Minor or Impaired Person in Nudity-Oriented Material or Performance, Endangering Children, Tampering with Evidence.

6.    (a) What was your Plea? (Check one)

       ☐  (1)    Not Guilty          ☐  (3)    Nolo contendere (no contest)

       ☐ X (2)    Guilty             ☐  (4)    Insanity Plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

       ☐  Jury    ☐  Judge only

7.    Did you testify at a pretrial hearing, trial, or post-trial hearing?

A0 241                                                                                              Page 3
(Rev. 01/15)

☐    Yes    ☒    No

8.    Did you appeal from the judgment of conviction?

☒    Yes    ☐    No

9.    If you did appeal, answer the flowing:

(a) Name of court: Ashland County Court of Appeals , Fifth Appellate District

(b) Docket or case number (if you know); Appeal No.: 24-COA-010

(c) Result: Affirmed

(d) Date of result (if you know): January 08th, 2025

(e) Citation of the case (if you know): *State v. Herrera-Reyes,* 2025-Ohio-37, 2025 Ohio App. LEXIS 28, 2025 LX

160221 (Ohio Ct. App., Ashland County January 8, 2025)

(f) Grounds raised:

"I. THE TRIAL COURT COMMITTED PLAIN ERROR IN FAILING TO MERGE COUNTS THREE, NINE, AND THIRTEEN FOR PURPOSES OF SENTENCING [**4] AS ALLIED OFFENSES OF SIMILAR IMPORT PURSUANT TO R.C. 2941.25, IN VIOLATION OF APPELLANT'S RIGHT AGAINST DOUBLE JEOPARDY UNDER THE FIFTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION AND ARTICLE I, SECTION 10 OF THE OHIO CONSTITUTION."

"II. THE FAILURE OF APPELLANT'S TRIAL COUNSEL TO SEEK MERGER OF COUNTS THREE, NINE, AND THIRTEEN FOR PURPOSES OF SENTENCING, AS ALLIED OFFENSES OF SIMILAR IMPORT PURSUANT TO R.C. 2941.25, CONSTITUTED INEFFECTIVE ASSISTANCE OF COUNSEL, IN VIOLATION OF APPELLANT'S RIGHT TO COUNSEL UNDER THE SIXTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION AND ARTICLE I, SECTION 10 OF THE OHIO CONSTITUTION."

"III. THE TRIAL COURT'S IMPOSITION OF CONSECUTIVE SENTENCES UNDER R.C. 2929.14(C)(4) WAS NOT SUPPORTED BY THE RECORD."

(g) Did you seek further review by a higher court?    ☒    Yes    ☐    No

If yes, answer the following:

(1) Name of court: Ohio Supreme Court

(2) Docket or case number: 2026-0199

(3) Result: Motion for Delayed Appeal Denied

(4) Date of Result (if you know): April 14th, 2026

(5) Citation of the case (if you know): State of Ohio v. Amado Herrera-Reyes aka Amado Herrera Reyes

AO 241
(Rev. 01/15)

Page 4

(6) Grounds raised: <u>Motion for Leave to file Delayed Appeal</u>

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

If Yes, answer the following:

(1) Docket or case number (if you know): <u>N/A</u>

(2) Result: <u>N/A</u>

(3) Date of result (if you know): <u>N/A</u>

(4) Citation of the case (if you know):<u>N/A</u>

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of convict in any court? ☐ Yes ☒ No

11. If your answer to question 10 was "Yes," give the following information:

(a)    (1) Name of court: <u>N/A</u>

(2) Docket or case number (if you know) <u>N/A</u>

(3) Date of filing (If you know): <u>N/A</u>

(4) Nature of the proceeding: <u>N/A</u>

(5) Grounds raised: <u>N/A</u>

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No <u>N/A</u>

(7) Result: <u>N/A</u>

(8) Date of result (if you know): <u>N/A</u>

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: <u>N/A</u>

(2) Docket or case number (if you know): <u>N/A</u>

(3) Date of filing (If you know): <u>N/A</u>

(4) Nature of the proceeding: <u>N/A</u>

(5) Grounds raised: <u>N/A</u>

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No <u>N/A</u>

(7) Result: <u>N/A</u>

(8) Date of result (if you know): <u>N/A</u>

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: <u>N/A</u>

(2) Docket or case number (if you know): <u>N/A</u>

(3) Date of filing (If you know): <u>N/A</u>

AO 241
(Rev. 01/15)

Page 5

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No  N/A

(7) Result: N/A

(8) Date of result (if you know): N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First Petition:      ☐ Yes    ☐ No  N/A
(2) Second petition:   ☐ Yes    ☐ No  N/A
(1) Third petition:     ☐ Yes    ☐ No  N/A

(e) If you did not appeal the highest court having jurisdiction, explain why you did not:  N/A

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, Laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**Ground One:**

I. THE TRIAL COURT COMMITTED PLAIN ERROR IN FAILING TO MERGE COUNTS THREE, NINE, AND THIRTEEN FOR PURPOSES OF SENTENCING [**4]  AS ALLIED OFFENSES OF SIMILAR IMPORT PURSUANT TO R.C. 2941.25, IN VIOLATION OF APPELLANT'S RIGHT AGAINST DOUBLE JEOPARDY UNDER THE FIFTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION AND ARTICLE I, SECTION 10 OF THE OHIO CONSTITUTION."

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.)

The Petitioner's conduct was conduct that resulted from the intent. Several photos of the victim were found on Petitioner's phone but all photos were taken at the same time, within seconds of each other, with a fast-shutter capability on his phone, in violation of his federal and state constitution rights.

(b) If you did not exhaust your state remedies on Ground One, explain why:  N/A

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the Judgment of Conviction, did you raise this issue?    ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:  N/A

AO 241
(Rev. 01/15)

Page 6

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in the state trial court?

☐ Yes    ☒ No

(2) If your answer to question (d)(1) is "yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion, if available):  N/A

(3) Did you receive a hearing on the motion or petition?    ☐ Yes    ☐ No N/A

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No N/A

(5) If your answer to question (d)(4) is "yes," did you raise this issue on appeal?    ☐ Yes    ☐ No N/A

(6) If your answer to question (d)(4) is "yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion, if available): N/A

(7) If your answer to question (d)(4) or question (d)(5) is "No," explain why you did not raise this issue:  N/A

(e)  **Other remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:  N/A

**Ground Two:**

II. THE FAILURE OF APPELLANT'S TRIAL COUNSEL TO SEEK MERGER OF COUNTS THREE, NINE, AND THIRTEEN FOR PURPOSES OF SENTENCING, AS ALLIED OFFENSES OF SIMILAR IMPORT PURSUANT TO R.C. 2941.25, CONSTITUTED INEFFECTIVE ASSISTANCE OF COUNSEL, IN VIOLATION OF APPELLANT'S RIGHT TO COUNSEL UNDER THE SIXTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION AND ARTICLE I, SECTION 10 OF THE OHIO CONSTITUTION."

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support you claim.)

Trial counsel failed in his duties to argue for merger of counts at sentencing, in violation of his federal and state constitution rights.

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A

A0 241                                                                                                 Page 7
(Rev. 01/15)

(c)      **Direct Appeal of Ground Two:**

(1) If you appealed from the Judgment of Conviction, did you raise this issue?      X ☐  <u>Yes</u>   ☐  No

(2) If you did not raise this issue in your direct appeal, explain why: <u>N/A</u>

(d)      **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in the state court?

☐  Yes     ☐  <u>No</u>  X

(2) If your answer to question (d)(1) is "yes," state:

Type of motion or petition: <u>N/A</u>

Name and location of the court where the motion or petition was filed: <u>N/A</u>

Docket or case number (if you know): <u>N/A</u>

Date of the court's decision: <u>N/A</u>

Result (attach a copy of the court's opinion, if available): <u>N/A</u>

(3) Did you receive a hearing on the motion or petition?                      ☐  Yes    ☐  No <u>N/A</u>

(4) Did you appeal from the denial of your motion or petition?                 ☐  Yes    ☐  No <u>N/A</u>

(5) If your answer to question (d)(4) is "yes," did you raise this issue on appeal?   ☐  Yes    ☐  No <u>N/A</u>

(6) If your answer to question (d)(4) is "yes," state:

Name and location of the court where the appeal was filed: <u>N/A</u>

Docket or case number (if you know): <u>N/A</u>

Date of the court's decision: <u>N/A</u>

Result (attach a copy of the court's opinion, if available): <u>N/A</u>

(7) If your answer to question (d)(4) or question (d)(5) is "No," explain why you did not raise this issue: <u>N/A</u>

(e)      **Other remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

Have used to exhaust your state remedies on Ground Two:

**Ground Three:**

III. THE TRIAL COURT'S IMPOSITION OF CONSECUTIVE SENTENCES UNDER R.C. 2929.14(C)(4) WAS NOT SUPPORTED BY THE RECORD."

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support you claim.):

The trial court failed to correctly find that consecutive sentences are necessary, causing cruel and unusual punishment

against Petitioner, in violation of his federal and state constitution rights.

A0 241
(Rev. 01/15)

Page 8

(b) If you did not exhaust you state remedies on Ground Three, explain why: N/A

(c)   **Direct Appeal of Ground Three:**

(1) If you appealed from the Judgment of Conviction, did you raise this issue?   ☐ X Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in the state court?

☐ Yes   ☐ No X

(2) If your answer to question (d)(1) is "yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion, if available): N/A

(3) Did you receive a hearing on the motion or petition?   ☐ Yes   ☐ No N/A

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No N/A

(5) If your answer to question (d)(4) is "yes," did you raise this issue on appeal? ☐ Yes   ☐ No N/A

(6) If your answer to question (d)(4) is "yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion, if available): N/A

(7) If your answer to question (d)(4) or question (d)(5) is "No," explain why you did not raise this issue: N/A

(e)   **Other remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you Have used to exhaust your state remedies on Ground Three: N/A

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the state court having jurisdiction?   ☒ Yes   ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not Presenting them: N/A

(b)   Is there any ground in this petition that has not been presented in some state or federal court? If so, which Ground or grounds have not been presented, and state your reasons for not presenting them: N/A

14.   Have you previously filed any type of petition, application, or motion in federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☒ No

A0 241                                                                                    Page 9
(Rev. 01/15)

If "Yes," state the name and location of the curt, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinions or orders, if available. N/A

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?          ☐ Yes          ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues Raised. N/A

16.     Give the names and addresses, if you know, of each attorney who represented you in the following stages of the Judgment you are challenging:

(a) At the preliminary hearing: Unsure

(b) At the arraignment and plea: Unsure

(c) At trial: Unsure

(d) At sentencing: Unsure

(e) On appeal: Unsure

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in post-conviction proceeding: N/A

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          ☐ Yes          ☐ No  X

(a) If so, give the name and location of the court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?          ☐ Yes          ☐ No  *Unsure

18.     TIMELINESS OF THE PETITION: If your judgment of conviction became final over a year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar you petition.*  N/A

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of—

(A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court,

A0 241
(Rev. 01/15)

Page 10

if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:  Vacate the Judgment of the State trial court

or any other relief to which petitioner may be entitled.

_____
Signature of Petitioner, Amado Herrera-Reyes

I, Amado Herrera-Reyes, declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was processed in the prison ~~electronic filing~~ mailing system on ___5-11-26___ .

Executed (signed) on ___5-11-26___ .

_____
Signature of Petitioner, Amado Herrera-Reyes